DORRANCE, SULLIVAN AND COMPANY, Appellant, *v.* BRIGHT STAR BATTERY COMPANY, Respondent.

(Submitted October 23, 1928; decided November 20, 1928.)

*Alfred A. Walter* for appellant.
*A. H. Goodman* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.